# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

Fee for this certificate, $6.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

*Maria DeFeo* — Local Registrar

**FEB/01/2017** — Date Issued

**P 23552364** — Certification Number

Type/Print In Permanent Black Ink

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

## CERTIFICATE OF DEATH

State File Number: 301869-2017

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | Anna Mae Edgar DelPrato |
| 2. Sex | Female |
| 3. Social Security Number | 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 |
| 4. Date of Death | January 30, 2017 |
| 5a. Age-Last Birthday (Yrs) | 44 |
| 6. Date of Birth | November 10, 1972 |
| 7a. Birthplace | Chester, Pennsylvania |
| 7b. Birthplace (County) | Delaware |
| 8a. Residence (State) | Pennsylvania |
| 8b. Residence (Street and Number) | 88 Mildred Lane |
| 8c. Did Decedent Live in a Township? | Yes, decedent lived in Aston Township |
| 8d. Residence (County) | Delaware |
| 8e. Residence (Zip Code) | 19014 |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status at Time of Death | Married |
| 11. Surviving Spouse's Name | Michael DelPrato |
| 12. Father / Parent's Name | Daniel Edgar |
| 13. Mother / Parent's Name Prior to First Marriage | Phyllis Martin |
| 14a. Informant's Name | Michael DelPrato |
| 14b. Relationship to Decedent | Spouse |
| 14c. Informant's Mailing Address | 88 Mildred Lane Aston, PA 19014 |
| 15a. Place of Death | Inpatient (Hospital) |
| 15b. Facility Name | Crozer-Chester Medical Center |
| 15c. City or Town, State, and Zip Code | Upland, Pennsylvania 19013 |
| 15d. County of Death | Delaware |
| 16a. Method of Disposition | Burial |
| 16b. Date of Disposition | February 03, 2017 |
| 16c. Place of Disposition | Mount Hope Cemetery |
| 16d. Location of Disposition | Aston, Pennsylvania 19014 |
| 17a. Signature of Funeral Service Licensee | Andrea H Nolan (Electronically Signed) |
| 17b. License Number | FD013356L |
| 17c. Name and Complete Address of Funeral Facility | Nolan-Fidale Funeral Home Ltd (Aston) 5980 Chichester Avenue Aston, Pennsylvania 19014 |
| 18. Decedent's Education | High school graduate or GED completed |
| 19. Decedent of Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 20. Decedent's Race | White |
| 21. Decedent's Single Race Self-Designation | White |
| 22a. Decedent's Usual Occupation | Homemaker |
| 22b. Kind of Business/Industry | Own Home |
| 23a. Date Pronounced Dead | January 30, 2017 |
| 23b. Signature of Person Pronouncing Death | Joanna Paula Sta Cruz MD |
| 23c. License Number | MD447405 |
| 23d. Date Signed | January 30, 2017 |
| 24. Time of Death | 01:42 AM |
| 25. Was Medical Examiner or Coroner Contacted? | No |

### CAUSE OF DEATH

26. Part I.
a. IMMEDIATE CAUSE: Cardiac Arrest
b. Due to: Respiratory Failure
c. Due to: Aspiration

27. Was an autopsy performed? No

29. If Female: Not pregnant within past year

30. Did Tobacco Use Contribute to Death? Unknown

31. Manner of Death: Natural

39a. Certifier: Certifying only

Signature of certifier: Joanna Paula Sta Cruz (Signature on File)    Title of certifier: MD    License Number: MD447405

39b. Name, Address and Zip Code of Person Completing Cause of Death: Joanna Sta Cruz, 1 Medical Center Boulevard Chester, Pennsylvania 19013

39c. Date Signed: January 31, 2017

40. Registrar's District Number: 23-233

41. Registrar's Signature: Maria DeFeo (Signature on File)

42. Registrar File Date: February 01, 2017

Disposition Permit No. 1414081

H105-143 REV 10/2015